IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIERRE YOURY, | : | CIVIL ACTION |
|         **Plaintiff,** | : | |
| | : | |
|    v. | : | |
| | : | |
| EXECUTIVE TRANSPORTATION CO., et al., | : | |
| | : | |
|         **Defendants.** | : | No. 11-4103 |

## ORDER

AND NOW, this 4th day of September, 2013, upon consideration of the Defendants' Motion for Summary Judgment (Docket No. 26), Plaintiff's opposition thereto (Docket Nos. 27-31), and the Defendants' supplemental brief in support thereof (Docket No. 33), it is hereby ORDERED that the Defendants' Motion for Summary Judgment is GRANTED.

It is further ORDERED that the Clerk of Court shall mark the action as closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE